UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 12-9969 DSF (VBKx) | Date | 12/17/12 |
| Title | Guven Uzun, et al. v. CVS Caremark Corp. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

   This case was removed on the basis of diversity jurisdiction.  However, Defendant fails to establish that the amount in controversy exceeds $75,000.  The complaint makes no allegations as to the amount sought.  The Notice of Removal is purely speculative.  It discusses some prior reported cases of defamation against a doctor, but makes no attempt to demonstrate that the circumstances of those cases are at all similar to the ones in this case.  Defendant has not carried its burden of demonstrating, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional minimum.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.